# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 326 WAL 2020

               Respondent   :

                                       :   Petition for Allowance of Appeal

                                       :   from the Order of the Superior Court

           v.   :

  :

  :

PATRICK ALAN DUGAN,   :

  :

               Petitioner   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 6th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.